NUMBER 13-00-761-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


AUGUSTINE H. MORENO
, Appellant,


v.



SUSANA C. MORENO
, Appellee.

____________________________________________________________________


On appeal from the 36th District Court


of San Patricio County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and

Yañez

Opinion Per Curiam



 Appellant, AUGUSTINE H. MORENO, perfected an appeal from a
judgment entered by the 36th District Court of San Patricio County,
Texas, in cause number 99-5205FL-A. On January 12, 2001, the
District Clerk notified this Court that the clerk's record had not been filed
because appellant had not paid or made arrangements for payment of
the clerk's fee for preparation of the clerk's record. On January 16,
2001, in accordance with Tex. R. App. P. 37.3(b), notice was given to
appellant that this appeal was subject to dismissal. Appellant was
advised that, unless this defect was corrected within ten days from the
date of receipt of this Court's notice, this appeal would be dismissed for
want of prosecution. On January 23, 2001, appellant's letter
requesting that his appeal be dropped was received in this Court. 

 The Court, having examined and fully considered the documents
on file, appellant's failure to pay or make arrangements for payment of
the clerk's fee for preparation of the clerk's record, this Court's notice,
and appellant's response, is of the opinion that the appeal should be
dismissed. The appeal is hereby DISMISSED FOR WANT OF
PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 8th day of March, 2001.